PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LATOYA CONGRESS, ) | |
| ) | CASE NO. 1:22CV1623 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| ) | **ORDER** |
| Defendant. ) | [Regarding ECF No. 8] |

On July 6, 2023, the assigned magistrate judge issued a Report and Recommendation suggesting that the Commissioner's decision regarding Plaintiff's application for Supplemental Security Income benefits on behalf of her minor child, J.M., be affirmed  See ECF No. 8.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C).  Parties must file any objections to a Report and Recommendation within fourteen days of service.  *Id*.; Fed. R. Civ. P. 72(b)(2).  Absent objections, a district court may adopt a magistrate judge's report without review.  See *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

In the instant case, objections to the Report and Recommendation were due by July 20, 2023.  None of the parties have filed an objection.  Accordingly, the Court adopts the Report and Recommendation.  ECF No. 8.  The Commissioner's decision denying Plaintiff's application for

(1:22CV1623)

Supplemental Security Income benefits on behalf of her minor child, J.M., is affirmed.

    IT IS SO ORDERED.

| July 21, 2023 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |